# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CINDY CHRUMA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No.1:15-CV-00132-WS-N |
| | ) |
| **RICHARD DARYL BOSARGE, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL[1]

**COMES NOW** Cindy Chruma, Plaintiff, by and through undersigned counsel and Defendant Richard Daryl Bosarge, Jr., by and through undersigned counsel, and files this notice of dismissal of this action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this action. Accordingly, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this 3rd day of February, 2017,

> */s/Henry Brewster*
> Henry Brewster (BREW7737)
> HENRY BREWSTER, LLC
> 205 North Conception Street
> Mobile, Alabama 36633-1051
> hbrewster@brewsterlaw.net
> (251) 338-0630 telephone
> (251) 338-0632 facsimile

---

[1] Given that this matter is pending on appeal before the Eleventh Circuit Court of Civil Appeals, upon dismissal, the parties will advise the Eleventh Circuit of the resolution.

/s/Scott Denson
Scott E. Denson
The Denson Law Firm, LLC
2323 2nd Avenue N.
Birmingham, Alabama 35203
205-327-8377
205-324-3802 Fax
sdenson@densonlawfirm.com

/s/G. Rick DiGiorgio
G. Rick DiGiorgio (DIGIG0289)
Cory Watson, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
205-328-2200
205-324-7896 Fax
rdigiorio@corywatson.com

*Attorneys for Plaintiff*


*Signed with Permission:*

/s/ F. Tim McCollum
F. Tim McCollum (MCCOF9980)

/s/ Casey N. Bates
Casey N. Bates (BIGGC7061)

Alabama Law Enforcement Agency
Legal Division
301 S. Ripley Street
Montgomery, Alabama 36104
(334) 242-4392
(334) 242-0894 fax
tim.mccollum@alea.alabama.gov
casey.bates@alea.alabama.gov

*Attorneys for Defendant*